UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

### CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No. 2:25-cv-06985-MEMF-KS | Date: September 4, 2025 |
| Title *Robert Cazares v General Motors LLC et al* | |

Present: The Honorable: **Maame Ewusi-Mensah Frimpong**

| Damon Berry | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings: Order GRANTING Unopposed Motion to Remand [ECF No. 12] [JS-6]**

Defendant General Motors LLC ("GM") removed this action to this Court on July 30, 2025. *See* ECF No. 1. On August 15, 2025, Plaintiff Roberto Cazares ("Cazares") filed a Motion to Remand. *See* ECF No. 12.

Per this Court's Standing Order, an opposition to a motion must be filed "no later than fourteen (14) days after the filing of the initial Motion." *See* Standing Order at 6. Thus, the opposition to Cazares's Motion to Remand was due fourteen days after August 15, 2025, on August 29, 2025. GM failed to file any opposition within that deadline and has not filed an opposition or any other related filing to date.

As explained by the Local Rules, the "failure to file any required document, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion," except as to motions under Federal Rule of Civil Procedure 56. *See* C.D. Cal. L.R. 7-12.

The Court finds that GM has failed to file an opposition to Cazares's Motion to Remand as required and therefore finds that GM has consented to the granting of the Motion to Remand. The Court therefore GRANTS the Motion to Remand. This action shall be remanded to Los Angeles County Superior Court. The Clerk of Court is directed to close the file.

| | : |
|---|---|
| Initials of Preparer | DBE |